**Opinion issued July 23, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00319-CV

————————————

**WILLIE EARL BROWN AKA WILLIE EARL BROWN, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF ALMA TATE BROWN,** Appellant

**V.**

**PATRICK O'CONNOR & ASSOCIATES, LP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1015303**

---

## MEMORANDUM OPINION

Appellant, Willie Earl Brown aka Willie Earl Brown, individually and as executor of the Estate of Alma Tate Brown, has neither paid the required filing fee

for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). On May 7, 2013, appellant was notified that this appeal was subject to dismissal if the filing fee was not paid by June 6, 2013. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). Appellant was notified a second time, on June 18, 2013, that this appeal was subject to dismissal for failure to pay the filing fee. After being notified a second time that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for failure to pay the filing fee. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.